# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LEVELLAND PRODUCTIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-15-1317-D |
| | ) | |
| W.L.L. AND ASSOCIATES, LLC; | ) | |
| TAUHEED EPPS a/k/a 2CHAINZ, | ) | |
| an individual; STREET EXECS | ) | |
| MANAGEMENT, LLC; and | ) | |
| DAVID ALEXANDER LEEKS, | ) | |
| an individual, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

This Court has reviewed Plaintiff's Disclosure Statement Identifying Constituents of LLC [Doc. No. 7] and finds it insufficient. Jurisdiction in this case is predicated on diversity jurisdiction. Notice of Removal, ¶¶ 3, 10 [Doc. No. 1]. Notwithstanding this assertion, the Court "has an independent obligation to ensure that it has subject matter jurisdiction." *Tormey v. Morning Dove, LLC*, No. CIV-12-1328-D, 2013 WL 1450513, at *1 (W.D. Okla. Apr. 9, 2013) (quoting *Jefferson County School District R–1 v. Elizabeth E.*, 488 F. App'x 330, 331 (10th Cir. 2013)). "[N]o action of the parties can confer subject-matter jurisdiction." *Id.* (quoting *Dine Citizens Against Ruining Our Environment v. Klein*, 439 F. App'x 679, 683 (10th Cir. 2011)).

According to its submissions, Plaintiff is an Oklahoma limited liability

company. Petition, ¶ 1 [Doc. No. 1-1]. Plaintiff identifies its members as Ronnye Farmer, Philip Randolph, and Ragweed Investments, LLC. *See* Pl. Disclosure Statement, ¶ 2. Messrs. Farmer and Randolph are residents of Oklahoma and Ragweed is an Oklahoma limited liability company. *Id.* ¶ 3. For purposes of diversity jurisdiction, an LLC's citizenship is determined by reference to the citizenship of each and every one of its members. *Siloam Springs Hotel, L.L.C. v. Century Sur. Co.*, 781 F.3d 1233, 1235-36 (10th Cir. 2015). For each member of an LLC that is itself an LLC or partnership, its citizenship must be traced through however many layers of members or partners there may be, and failure to do so can result in dismissal for want of jurisdiction. *See Hicklin Engineering, LLC v. Bartell*, 439 F.3d 346, 348 (7th Cir. 2006) ("A federal court thus needs to know each member's citizenship, and if necessary each member's members' citizenships."). In this regard, Plaintiff fails to identify Ragweed's member(s) so as to enable this Court to properly determine whether subject matter jurisdiction exists.

As the parties seeking removal, Defendants bear the burden of proving the Court's jurisdiction; however, the information needed is more readily available to Plaintiff. Accordingly, Plaintiff is directed to file an amended disclosure statement by **December 23, 2015** that sets forth with specificity the identity of its members and their citizenship, through all necessary layers/levels of ownership.

IT IS SO ORDERED this  17th  day of December, 2015.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE